CASREF,JURY,MEDIATION,PATENT/TRADEMARK,PROTECTIVE−ORDER

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Marshall)
### CIVIL DOCKET FOR CASE #: 2:17−cv−00728−WCB−RSP

| | |
|---|---|
| EMED Technologies Corporation v. Repro−Med Systems, Inc. d/b/a RMS Medical Products | Date Filed: 11/07/2017 |
| | Jury Demand: Plaintiff |
| Assigned to: Judge William C. Bryson | Nature of Suit: 830 Patent |
| Referred to: Magistrate Judge Roy S. Payne | Jurisdiction: Federal Question |
| Cause: 35:183 Patent Infringement | |

**Mediator**

**Lee Kaplan**
700 Louisiana #2300
Houston, TX 77002
713−221−2323
*lkaplan@skv.com*

**Plaintiff**

**EMED Technologies Corporation**     represented by   **William P Ramey , III**
Ramey & Browning, PLLC − Houston
5020 Montrose Blvd.
Suite 750
Houston, TX 77006
713−426−3923
Fax: 832−900−4941
Email: wramey@rameyfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Repro−Med Systems, Inc. d/b/a RMS Medical Products**     represented by   **Christopher M. Jackson**
Sherman & Howard L.L.C. − Denver
633 17th St
Suite 3000
Denver, CO 80202
303−299−8416
Fax: 303−298−0940
Email: cjackson@shermanhoward.com
*ATTORNEY TO BE NOTICED*

**James G. Sawtelle**
Sherman & Howard L.L.C. − Denver
633 17th St
Suite 3000
Denver, CO 80202
303−299−8265
Fax: 303−298−0940
Email: jsawtelle@shermanhoward.com
*ATTORNEY TO BE NOTICED*

**Jennifer Parker Ainsworth**
Wilson Robertson & Cornelius PC
One American Center
909 ESE Loop 323, Suite 400
P.O. Box 7339
Tyler, TX 75711–7339
903–509–5000
Fax: 903–509–5092
Email: jainsworth@wilsonlawfirm.com
*TERMINATED: 06/06/2018*

**Matthew T Milam**
Wilson Robertson & Cornelius PC
One American Center
909 ESE Loop 323, Suite 400
P.O. Box 7339
Tyler, TX 75711–7339
903–509–5000
Fax: 903–509–5094
Email: mmilam@wilsonlawfirm.com
*TERMINATED: 06/06/2018*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 11/07/2017 | Ï 1 | COMPLAINT *Plaintiff's Original Complaint for Patent Infringement* against All Defendants ( Filing fee $ 400 receipt number 0540–6542620.), filed by EMED Technologies Corporation. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A)(Ramey, William) (Entered: 11/07/2017) |
| 11/07/2017 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Ramey, William) (Entered: 11/07/2017) |
| 11/07/2017 | Ï | Case Assigned to District Judge Rodney Gilstrap. (nkl, ) (Entered: 11/07/2017) |
| 11/07/2017 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 11/07/2017) |
| 11/07/2017 | Ï 3 | SUMMONS Issued as to Repro–Med Systems, Inc. d/b/a RMS Medical Products c/o Andrew I. Sealfon. (nkl, ) (Entered: 11/07/2017) |
| 11/28/2017 | Ï 4 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Repro–Med Systems, Inc. d/b/a RMS Medical Products.( Ainsworth, Jennifer) (Entered: 11/28/2017) |
| 11/28/2017 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for Repro–Med Systems, Inc. d/b/a RMS Medical Products to 1/2/2018. 30 Days Granted for Deadline Extension.( nkl, ) (Entered: 11/28/2017) |
| 11/30/2017 | Ï 5 | NOTICE of Attorney Appearance – Pro Hac Vice by James G. Sawtelle on behalf of Repro–Med Systems, Inc. d/b/a RMS Medical Products. Filing fee $ 100, receipt number 0540–6570569. (Sawtelle, James) (Entered: 11/30/2017) |

| | | |
|---|---|---|
| 11/30/2017 | Ï 6 | NOTICE of Attorney Appearance – Pro Hac Vice by Christopher M. Jackson on behalf of Repro−Med Systems, Inc. d/b/a RMS Medical Products. Filing fee $ 100, receipt number 0540−6570571. (Jackson, Christopher) (Entered: 11/30/2017) |
| 12/22/2017 | Ï 7 | MOTION to Dismiss *or Transfer Venue Under Rule 12(b)(3)* by Repro−Med Systems, Inc. d/b/a RMS Medical Products. (Attachments: # 1 Exhibit A − Declaration of Andrew Sealfon, # 2 Text of Proposed Order)(Ainsworth, Jennifer) (Entered: 12/22/2017) |
| 12/29/2017 | Ï 8 | Unopposed MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss *or Transfer Venue Under Rule 12(b)(3)* by EMED Technologies Corporation. (Attachments: # 1 Text of Proposed Order on Unopposed Mtn for Extension of Time)(Ramey, William) (Entered: 12/29/2017) |
| 01/04/2018 | Ï 9 | NOTICE of Readiness for Scheduling Conference by EMED Technologies Corporation (Ramey, William) (Entered: 01/04/2018) |
| 01/04/2018 | Ï 10 | ORDER granting 8 Motion for Extension of Time to File Response/Reply re 7 MOTION to Dismiss *or Transfer Venue Under Rule 12(b)(3)* Responses due by 2/2/2018. Signed by District Judge Rodney Gilstrap on 1/04/2018. (nkl, ) (Entered: 01/04/2018) |
| 01/04/2018 | Ï 11 | ORDER − Scheduling Conference set for 2/2/2018 01:30 PM before District Judge Rodney Gilstrap. Signed by District Judge Rodney Gilstrap on 1/4/2018. (nkl, ) (Entered: 01/04/2018) |
| 01/19/2018 | Ï 12 | NOTICE by EMED Technologies Corporation *of Compliance with P.R. 3−1 and P.R. 3−2* (Ramey, William) (Entered: 01/19/2018) |
| 01/23/2018 | Ï | NOTICE of Hearing: Scheduling Conference RESET for 2/1/2018 01:30 PM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (jml) (Entered: 01/23/2018) |
| 01/26/2018 | Ï 13 | ORDER REFERRING CASE to Magistrate Judge Roy S. Payne. Signed by District Judge Rodney Gilstrap on 1/26/2018. (nkl, ) (Entered: 01/26/2018) |
| 01/31/2018 | Ï 14 | NOTICE of Attorney Appearance by Matthew T Milam on behalf of Repro−Med Systems, Inc. d/b/a RMS Medical Products (Milam, Matthew) (Entered: 01/31/2018) |
| 02/01/2018 | Ï | Minute Entry for proceedings held before Judge Rodney Gilstrap: Scheduling Conference held on 2/1/2018. Counsel for the parties appeared and were asked if they consented to a trial before the United States Magistrate Judge. The Court then gave Markman and Jury Selection dates; deadlines for submitting Mediator names (3 days); and deadlines for submitting Agreed Scheduling and Discovery Orders (14 days). (Court Reporter Shelly Holmes, CSR−TCRR.)(jml) (Entered: 02/02/2018) |
| 02/02/2018 | Ï 15 | RESPONSE to Motion re 7 MOTION to Dismiss *or Transfer Venue Under Rule 12(b)(3) and Plaintiff's Request for Immediate Venue Discovery* filed by EMED Technologies Corporation. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit of William P. Ramey, III, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit C−1, # 7 Exhibit C−2, # 8 Exhibit C−3, # 9 Exhibit C−4, # 10 Exhibit C−5, # 11 Exhibit C−6, # 12 Exhibit C−7, # 13 Exhibit D, # 14 Exhibit E, # 15 Affidavit of Paul Lambert)(Ramey, William) (Entered: 02/02/2018) |
| 02/06/2018 | Ï 16 | NOTICE of Designation of Mediator, Lee Kaplan, filed by EMED Technologies Corporation. (Ramey, William) (Entered: 02/06/2018) |
| 02/07/2018 | Ï 17 | ORDER REFERRING CASE to Mediator. Lee Kaplan is hereby appointed as mediator in the above referenced case. Signed by Magistrate Judge Roy S. Payne on 2/7/2018. (nkl, ) (Entered: 02/07/2018) |
| 02/08/2018 | Ï 18 | REPLY to Response to Motion re 7 MOTION to Dismiss *or Transfer Venue Under Rule 12(b)(3)* filed by Repro−Med Systems, Inc. d/b/a RMS Medical Products. (Ainsworth, Jennifer) (Entered: |

| | | |
|---|---|---|
| | | 02/08/2018) |
| 02/15/2018 | Ï 19 | SUR–REPLY to Reply to Response to Motion re 7 MOTION to Dismiss *or Transfer Venue Under Rule 12(b)(3)* filed by EMED Technologies Corporation. (Attachments: # 1 Text of Proposed Order)(Ramey, William) (Entered: 02/15/2018) |
| 02/15/2018 | Ï 20 | **FILED IN ERROR**<br><br>Submission of Proposed Agreed Docket Control/Scheduling order by EMED Technologies Corporation . (Attachments: # 1 Text of Proposed Order Docket Control Order)(Ramey, William) Modified on 2/16/2018 (nkl, ). (Entered: 02/15/2018) |
| 02/15/2018 | Ï 21 | **FILED IN ERROR**<br><br>Submission of Proposed Agreed Discovery order by EMED Technologies Corporation . (Attachments: # 1 Text of Proposed Order Unopposed Discovery Order)(Ramey, William) Modified on 2/16/2018 (nkl, ). (Entered: 02/15/2018) |
| 02/16/2018 | Ï | ***FILED IN ERROR – was filed using the wrong docket event. Document # 20 and 21, Submission of Proposed Agreed Docket Control/Scheduling order and Submission of Proposed Agreed Discovery order. PLEASE IGNORE.***<br><br>(nkl, ) (Entered: 02/16/2018) |
| 02/16/2018 | Ï 22 | Unopposed MOTION for Entry of Docket Control Order by EMED Technologies Corporation. (Attachments: # 1 Text of Proposed Order)(Ramey, William) (Entered: 02/16/2018) |
| 02/16/2018 | Ï 23 | Unopposed MOTION for Entry of Discovery Order by EMED Technologies Corporation. (Attachments: # 1 Text of Proposed Order)(Ramey, William) (Entered: 02/16/2018) |
| 02/19/2018 | Ï 24 | DOCKET CONTROL ORDER re 22 Unopposed MOTION for Entry of Docket Control Order filed by EMED Technologies Corporation., Pretrial Conference set for 5/6/2019 09:00 AM before Magistrate Judge Roy S. Payne., Amended Pleadings due by 8/16/2018., Jury Selection set for 6/3/2019 09:00AM before District Judge Rodney Gilstrap., Mediation Completion due by 11/29/2018., Markman Hearing set for 11/1/2018 09:00 AM before Magistrate Judge Roy S. Payne., Motions in Limine due by 4/15/2019., Proposed Pretrial Order due by 4/29/2019. Signed by Magistrate Judge Roy S. Payne on 2/19/2018. (nkl, ) (Entered: 02/20/2018) |
| 02/19/2018 | Ï 25 | DISCOVERY ORDER re 23 Unopposed MOTION for Entry of Discovery Order filed by EMED Technologies Corporation.. Signed by Magistrate Judge Roy S. Payne on 2/19/2018. (nkl, ) (Entered: 02/20/2018) |
| 02/20/2018 | Ï 26 | NOTICE by EMED Technologies Corporation *of Certificate of Interested Persons* (Ramey, William) (Entered: 02/20/2018) |
| 02/22/2018 | Ï 27 | Unopposed MOTION for Entry of Stipulated Protective Order for Patent Cases by EMED Technologies Corporation. (Attachments: # 1 Text of Proposed Order)(Ramey, William) (Entered: 02/22/2018) |
| 02/25/2018 | Ï 28 | STIPULATED PROTECTIVE ORDER – granting 27 Agreed Protective Order. Signed by Magistrate Judge Roy S. Payne on 2/25/2018. (ch, ) (Entered: 02/26/2018) |
| 02/26/2018 | Ï 29 | Opposed MOTION for Preliminary Injunction *Plaintiff EMED Technologies Corporation's Motion for Preliminary Injunction* by EMED Technologies Corporation. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit Lambert Declaration, # 3 Affidavit Ramey Declaration, # 4 Exhibit A Ramey, # 5 Exhibit B Ramey, # 6 Exhibit C Ramey, # 7 Exhibit C–1 Ramey, # 8 Exhibit C–2 Ramey, # 9 Exhibit C–3 Ramey, # 10 Exhibit C–4 Ramey, # 11 Exhibit C–5 Ramey, # 12 Exhibit |

| | | |
|---|---|---|
| | | C–6 Ramey, # 13 Exhibit C–7 Ramey, # 14 Exhibit D Ramey, # 15 Exhibit E Ramey, # 16 Exhibit F Ramey, # 17 Affidavit Stoker Dec, # 18 Exhibit A Stoker, # 19 Exhibit A–1 Stoker, # 20 Exhibit B Stoker, # 21 Exhibit D Stoker, # 22 Exhibit E Stoker, # 23 Exhibit F Stoker, # 24 Exhibit G Stoker, # 25 Exhibit H Stoker, # 26 Exhibit I Stoker, # 27 Exhibit K Stoker, # 28 Exhibit L Stoker, # 29 Exhibit C Stoker, # 30 Exhibit J Stoker)(Ramey, William) (Entered: 02/26/2018) |
| 02/27/2018 | Ï 30 | ORDER re 7 MOTION to Dismiss *or Transfer Venue Under Rule 12(b)(3)* filed by Repro–Med Systems, Inc. d/b/a RMS Medical Products. Signed by Magistrate Judge Roy S. Payne on 2/27/2018. (nkl, ) (Entered: 02/27/2018) |
| 03/02/2018 | Ï 31 | Unopposed MOTION for Extension of Time to File Response/Reply as to 29 Opposed MOTION for Preliminary Injunction *Plaintiff EMED Technologies Corporation's Motion for Preliminary Injunction* by Repro–Med Systems, Inc. d/b/a RMS Medical Products. (Attachments: # 1 Text of Proposed Order)(Ainsworth, Jennifer) (Entered: 03/02/2018) |
| 03/05/2018 | Ï 32 | ORDER granting 31 Motion for Extension of Time to File Response/Reply re 29 Opposed MOTION for Preliminary Injunction *Plaintiff EMED Technologies Corporation's Motion for Preliminary Injunction* Responses due by 4/12/2018. Signed by Magistrate Judge Roy S. Payne on 3/5/2018. (nkl, ) (Entered: 03/05/2018) |
| 03/14/2018 | Ï 33 | NOTICE of Discovery Disclosure by Repro–Med Systems, Inc. d/b/a RMS Medical Products *(Invalidity Contentions)* (Ainsworth, Jennifer) (Entered: 03/14/2018) |
| 04/04/2018 | Ï 34 | NOTICE by Repro–Med Systems, Inc. d/b/a RMS Medical Products *(Notice of Relevant Determination in Related Proceeding)* (Attachments: # 1 Exhibit A)(Ainsworth, Jennifer) (Entered: 04/04/2018) |
| 04/12/2018 | Ï 35 | RESPONSE in Opposition re 29 Opposed MOTION for Preliminary Injunction *Plaintiff EMED Technologies Corporation's Motion for Preliminary Injunction filed by Repro–Med Systems, Inc. d/b/a RMS Medical Products*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L – Declaration of Andrew Sealfon, # 13 Exhibit M – Declaration of George Yanulis, # 14 Exhibit 1, # 15 Exhibit 2, # 16 Exhibit 3, # 17 Exhibit 4, # 18 Text of Proposed Order)(Ainsworth, Jennifer) (Entered: 04/12/2018) |
| 04/30/2018 | Ï 36 | RESPONSE in Opposition re 7 MOTION to Dismiss *or Transfer Venue Under Rule 12(b)(3) PLAINTIFFS SUPPLEMENTAL BRIEF IN SUPPORT OF RESPONSE TO REPRO–MED SYSTEMS, INC. (D/B/A RMS MEDICAL PRODUCTS)S MOTION TO DISMISS OR TRANSFER UNDER RULE 12(B)(3) filed by EMED Technologies Corporation*. (Attachments: # 1 Exhibit A – Ex 22 to Mowder depo, # 2 Exhibit A – Mowder mini depo, # 3 Exhibit C – Fisher non–conf mini depo)(Ramey, William) (Entered: 04/30/2018) |
| 04/30/2018 | Ï 37 | Unopposed MOTION for leave to file documents under seal re 36 Response in Opposition to Motion, *UNOPPOSED MOTION REQUESTING LEAVE TO FILE DOCUMENTS UNDER SEAL* by EMED Technologies Corporation. (Ramey, William) (Additional attachment(s) added on 5/1/2018: # 1 Text of Proposed Order) (nkl, ). (Entered: 04/30/2018) |
| 04/30/2018 | Ï 38 | **DEFICIENT DOCUMENT** Sealed Document. (Attachments: # 1 Exhibit 13 to Fisher depo)(Ramey, William) Modified on 5/1/2018 (nkl, ). (Entered: 04/30/2018) |
| 04/30/2018 | Ï 39 | NOTICE by EMED Technologies Corporation *CERTIFICATE OF INTERESTED PERSONS* (Ramey, William) (Entered: 04/30/2018) |
| 05/01/2018 | Ï | NOTICE of Deficiency regarding the Sealed Document submitted document 38 does not contain a Certificate of Authorization to File Under Seal per Local Rule CV–5(a)(7)(A) and does not contain |

| | | |
|---|---|---|
| | | a Certificate of Service. Correction should be made by one business day. (nkl, ) (Entered: 05/01/2018) |
| 05/01/2018 | 40 | Sealed Document. (Attachments: # 1 Exhibit 13 to Fisher depo)(Ramey, William) (Entered: 05/01/2018) |
| 05/03/2018 | 41 | RESPONSE to 7 Motion to Dismiss *DEFENDANT'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF RESPONSE TO REPRO−MED SYSTEMS, INC.'S (D/B/A RMS MEDICAL PRODUCTS) MOTION TO DISMISS OR TRANSFER UNDER RUL E 12(B)(3)* filed by Repro−Med Systems, Inc. d/b/a RMS Medical Products. (Ainsworth, Jennifer) (Entered: 05/03/2018) |
| 05/04/2018 | 42 | REPLY to Response to Motion re 7 MOTION to Dismiss *or Transfer Venue Under Rule 12(b)(3) PLAINTIFFS REPLY IN SUPPORT OF SUPPLEMENTAL BRIEF IN SUPPORT OF RESPONSE TO REPRO−MED SYSTEMS, INC. (D/B/A RMS MEDICAL PRODUCTS)S MOTION TO DISMISS OR TRANSFER UNDER RULE 12(B)(3)* filed by EMED Technologies Corporation. (Ramey, William) (Entered: 05/04/2018) |
| 05/16/2018 | 43 | ORDER granting 37 Motion for leave to file documents under seal. Signed by Magistrate Judge Roy S. Payne on 5/16/2018. (nkl, ) (Entered: 05/16/2018) |
| 05/30/2018 | 44 | ORDER REASSIGNING CASE − General Order 18−08. Case reassigned to Judge William C. Bryson for all further proceedings. District Judge Rodney Gilstrap no longer assigned to case. Signed by District Judge Rodney Gilstrap on 5/30/2018. (nkl, ) (Entered: 05/30/2018) |
| 05/31/2018 | 45 | NOTICE by Repro−Med Systems, Inc. d/b/a RMS Medical Products re 7 MOTION to Dismiss *or Transfer Venue Under Rule 12(b)(3) (NOTICE OF SUPPLEMENTAL AUTHORITY)* (Attachments: # 1 Exhibit A)(Ainsworth, Jennifer) (Entered: 05/31/2018) |
| 06/04/2018 | 46 | MEMORANDUM OPINION AND ORDER. Signed by Judge William C. Bryson on 6/4/2018. (nkl, ) (Entered: 06/04/2018) |
| 06/06/2018 | 47 | Unopposed MOTION to Withdraw as Attorney *(Jennifer Ainsworth and Matthew Milam)* by Repro−Med Systems, Inc. d/b/a RMS Medical Products. (Attachments: # 1 Text of Proposed Order)(Ainsworth, Jennifer) (Entered: 06/06/2018) |
| 06/06/2018 | 48 | ORDER granting 47 Motion to Withdraw as Attorney. Attorney Jennifer Parker Ainsworth and Matthew T Milam terminated. Signed by Judge William C. Bryson on 6/6/2018. (nkl, ) (Entered: 06/06/2018) |